IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| KYLIE CUSICK, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:09-cv-51 |
| AXIS GROUP, LLC d/b/a BONNAROO MUSIC AND ARTS FESTIVAL, AXIS VENTURES, LLC, FESTIVAL HOLDINGS, LLC, A. C. ENTERTAINMENT, INC., A. C. FESTIVALS, LLC and JOHN DOE, | ) ) ) ) ) ) ) | Lee<br><br>Jury Demand |
| Defendants. | ) ) | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Come the parties, as indicated by the signatures of their respective counsel, and stipulate to the voluntary dismissal without prejudice of the above-captioned lawsuit pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

This 3rd day of November, 2009.

                                        ROGERS & DUNCAN

                                        By: */s J. Stanley Rogers*
                                              J. Stanley Rogers (#2883)

                                        By: *s/ Christina Henley Duncan*
                                              Christina Henley Duncan (#13778)
                                              100 North Spring Street
                                              Manchester, Tennessee 37355
                                              (931) 728-0820

By: *s/ David W. Hibbert*
DAVID W. HIBBERT (GA BPR#: 0450)
Attorney at Law
2302 Brockett Road, Suite C
Tucker, Georgia 30084-4455
(770) 414-8055

Attorneys for Plaintiff

TAYLOR, PIGUE, MARCHETTI & MINK, PLLC

(Electronically signed by permission by J. Stanley Rogers)

By: *s/ Wm. Ritchie Pigue*
Wm. Ritchie Pigue (#2898)

(Electronically signed by permission by J. Stanley Rogers)

By: *s/ Matthew C. Pietsch*
Matthew C. Pietsch (#24659)
2908 Poston Avenue
Nashville, Tennessee 37203-1312
(615) 320-3225

Attorneys for Defendants

2

Case 4:09-cv-00051   Document 32   Filed 11/03/09   Page 2 of 2